**ARKANSAS MISSOURI POWER CO.,**
Appellant

v.

**Leamon RIGGS.**

No. 17198.

United States Court of Appeals
Eighth Circuit.

Jan. 2, 1963.

James M. Reeves, and James E. Reeves, Caruthersville, Mo., for appellant.

Harold Henry, West Plains, Mo., and B. H. Clampett, Springfield, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed at costs of appellant on stipulation of parties.

**James G. CAREY**

v.

**Dr. R. O. SETTLE, Warden, etc.**

No. 17222.

United States Court of Appeals
Eighth Circuit.

Dec. 7, 1962.

James G. Carey, pro se.

F. Russell Millin, U. S. Atty., for appellee.

PER CURIAM.

Appeal docketed and dismissed as moot.

**Joseph Robert CRAWFORD, Appellant,**

v.

**Albert M. MIZE.**

No. 17246.

United States Court of Appeals
Eighth Circuit.

Jan. 14, 1963.

Shrout & Foley, Omaha, Neb., and Robert Dippel, Council Bluffs, Iowa, for appellant.

Donald P. Baird, Council Bluffs, Iowa, Richard T. Churchill and L. R. Brodkey, Omaha, Neb., for appellee.

PER CURIAM.

Appeal docketed and dismissed at cost of appellant on motion of appellee and memorandum brief in support, etc.

**Richard C. EHRHORN, Appellant**

v.

**Norbert W. BRITTEN, etc.**

No. 17172.

United States Court of Appeals
Eighth Circuit.

Dec. 20, 1962.

Charles E. Kirchner, Omaha, Neb., for appellant.

Joseph P. Inserra, Omaha, Neb., for appellee.

PER CURIAM.

Appeal dismissed on application of appellant.